1 | JOSEPH T. MCNALLY
  | Acting United States Attorney
2 | LINDSEY GREER DOTSON
  | Assistant United States Attorney
3 | Chief, Criminal Division
  | SUSAN S. HAR (Cal. Bar No. 301924)
4 | Assistant United States Attorney
  | Public Corruption and Civil Rights Section
5 |      1500 United States Courthouse
  |      312 North Spring Street
6 |      Los Angeles, California 90012
  |      Telephone: (213) 894-3289
7 |      Facsimile: (213) 894-0141
  |      E-mail:    susan.har@usdoj.gov
8 | Attorneys for Plaintiff
  | UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that SUSAN S. HAR is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

| | | |
|---|---|---|
| 1 | Dated: January 29, 2025 | Respectfully submitted, |
| 2 | | JOSEPH T. MCNALLY |
| 3 | | Acting United States Attorney |
| 4 | | LINDSEY GREER DOTSON |
| | | Assistant United States Attorney |
| 5 | | Chief, Criminal Division |
| 6 | | /s/ |
| | | SUSAN S. HAR |
| 7 | | Assistant United States Attorney |
| | | Attorneys for Plaintiff |
| 8 | | UNITED STATES OF AMERICA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT A

2:08-cr-00504-DSF
2:13-cr-00159-MWF
2:13-cr-00415-DSF
2:16-cr-00798-GW
2:17-cr-00352-MWF
2:17-cr-00458-MRA
2:18-cr-00106-ODW
2:18-cr-00519-DSF
2:19-cr-00152-AB
2:19-cr-00156-FMO
2:19-cr-00302-FMO
2:19-cr-00473-ODW
2:19-cr-00497-VAP
2:19-cr-00553-CAS
2:19-cr-00592-JFW
2:19-cr-00714-PA
2:24-cv-8204-PA
2:19-cr-00767-PA
2:20-cr-00154-JFW
2:20-cr-00203-JFW
2:20-cr-00208-JFW
2:20-cr-00326-JFW
2:20-cr-00369-JFW
2:20-cv-04247-CJC
2:20-cv-04993-JAK
2:21-cr-00159-PSG
2:21-cr-00491-SB
2:21-cr-0540-SB
2:21-cr-00559-SB
2:21-cr-00572-SB
2:21-cr-00572-SB
2:22-cr-00009-SB
2:23-cr-00478-WLH
2:24-cr-00751-MWC
2:85-cr-00907-GW
5:15-cr-00007-JGB
5:19-cr-00361-CJC
8:19-cr-00214-RGK
8:23-cr-00062-CJC